JACOB SOROKA, Appellant, v. CONSOLIDATED CANDY CORPORATION and ROSNER & KANNER, INC., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

In the Matter of BENJAMIN W. BURGER, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

In the Matter of VICTOR E. GARTZ, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BENJAMIN GRAHAM and Others, Respondents, v. MARTIN L. STRAUS and Others, Defendants, Impleaded with THE HARTMAN CORPORATION, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, ex rel. SAMUEL H. REIS, Appellant, v. WARDEN OF BRONX COUNTY JAIL OF THE CITY OF NEW YORK, Respondent. CHARLES ACKERMAN, Prisoner.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ. [150 Misc. 801.]

In the Matter of the Application of DALLAS S. TOWNSEND and STUART S. JANNEY, for Appointment as Ancillary Committee of the Person and Property of ISABEL D. McHIE, an Incompetent. In the Matter of the Accounting of DALLAS S. TOWNSEND and STUART S. JANNEY, Pursuant to Order of the Appellate Division, Dated November 6, 1931, and Entered November 12, 1931. ISABEL D. McHIE, Appellant, v. CHARLES HANN and WILLIAM J. RAPP, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

HANOVER FIRE INSURANCE COMPANY, Appellant, v. MORSE DRY DOCK AND REPAIR COMPANY, Respondent, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

A. SANTINI & SONS, INC., Appellant, v. SANTINI CONVEYORS, INC., and Others, Respondents.— Order reversed, with twenty dollars costs and disbursements and motion granted. No opinion. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.